**Order entered December 14, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01258-CV

### JOEL HENDRICKS, M.D. AND TEXAS HEALTH PHYSICIANS GROUP A/K/A SURGICAL ASSOCIATES OF KAUFMAN, Appellants

### V.

### JOHN PERALES, Appellee

**On Appeal from the County Court At Law No. 1
Kaufman County, Texas
Trial Court Cause No. 94963-CC**

## ORDER

Before the Court is appellee's December 12, 2016 unopposed motion for extension of time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed December 14, 2016.

/s/ ELIZABETH LANG-MIERS
   JUSTICE